# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NASHON PORTER,

Defendant.

Case No. 3:11-cr-00147-HDM-VCF

**ORDER PLACING THE OFFENDER IN THE RESIDENTIAL REENTRY CENTER**

This Court held a hearing for Revocation of Supervised Release in this matter on June 5, 2019. ECF 72. At that hearing, the Court ordered that defendant Nashon Porter reside in the Residential Re-entry Center (RRC) for a term of up to 120 days. *Id.* This order is issued to facilitate the administrative processes for that placement.

## ORDER

IT IS HEREBY ORDERED that defendant Nashon Porter shall comply with the following special condition of supervision:

Residential Reentry Center. You must reside at a residential reentry center for a term of up to 120 days at the discretion of the probation officer. You must follow the rules and regulations of the center. Your subsistence fees for the center are waived.

IT IS SO ORDERED this 10th day of June, 2019.

HOWARD D. McKIBBEN
SENIOR UNITED STATES DISTRICT JUDGE