UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>NASHON PORTER,<br>　　　　　　　Defendant. | Case No. 3:11-cr-00147-HDM<br>Case No. 2:17-cr-00369-JAD<br><br>ORDER |

　　The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Criminal Rule 7-1. Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties. Accordingly, it is hereby ordered that Case No. 2:17-cr-00369-JAD is reassigned to District Judge Howard D. McKibben, and all future pleadings must bear Case No. 2:17-cr-00369-HDM.

　　IT IS SO ORDERED.

　　DATED: This 9th day of September, 2024.

_____　　　_____
UNITED STATES DISTRICT JUDGE　　UNITED STATES DISTRICT JUDGE