**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NASHON PORTER,<br><br>　　　　　Defendant. | Case No. 3:11-cr-00147-HDM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Nashon Porter, that the Revocation Hearing currently scheduled on Thursday, September 12, 2024, be vacated and continued to a date and time convenient to the Court, but not greater than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for defendant needs additional time to investigate the violations and determine whether the parties are able to reach a global resolution, which would obviate the need for a revocation hearing.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>NASHON PORTER,<br><br>            Defendant. | Case No. 3:11-cr-00147-HDM<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, 9/12/24 at 11:00 a.m. is vacated and continued to Wednesday, 10/2/24 at 2:00 p.m. in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

   DATED this 9th day of September, 2024.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

3